# SHORT FORM ORDER

-----------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,

    - against -

**JOSUE M. ROSARIO**

-----------------------------------------------------------X

Criminal Docket No.
1:03-mj-01739-JMA  04 CR 0196
~~Magistrate~~ District Judge: (JJ)

    The defendant having agreed to the forfeiture of one (1) 1999 Mercedes Benz, bearing Vehicle Identification Number WDBHA29G8XA661760, in relationship to his plea of guilty under Docket Magistrate judge case number 1:03-mj-01739-JMA and having executed an agreement by which he relinquishes his interest in said vehicles, pursuant to CPLR Article 13-A, and having acknowledged that he is the owner of the 1999 Mercedes Benz, bearing Vehicle Identification Number WDBHA29G8XA661760, it is hereby

    ORDERED, that the title to said vehicle shall be transferred by the Department of Motor Vehicles to the District Attorney of Nassau County, as Claiming Authority under CPLR Article 13-A, or to any other agency the Claiming Authority shall designate.

ENTER

_____
District ~~MAGISTRATE~~ JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: March 23, 2007, New York

4